UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>    Plaintiff,<br><br>v.<br><br>GAMEZ, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00937-AWI-EPG (PC)<br><br>ORDER GRANTING MOTION REQUESTING COPY OF ORIGINAL COMPLAINT AND DIRECTING CLERK TO SEND PLAINTIFF A COPY OF HIS COMPLAINT (ECF NO. 1)<br><br>(ECF NO. 16) |

This case was dismissed on January 11, 2017. (ECF No. 12). On August 28, 2017, Plaintiff filed a motion ("the Motion") requesting a copy of his original complaint. (ECF No. 16). Plaintiff alleges that all materials he had related to this case were stolen. Plaintiff states that he needs a copy of the complaint in order to decide between amending or standing on his complaint, or for his appeal if the Court does not reopen his case.

The Court is not required to grant Plaintiffs motion. Plaintiffs' case has been closed for many months. Copies are not free and the Court is not required to provide copies at the Court's own costs. Plaintiff has provided no reason why Plaintiffs' case should be reopened or an appeal processed at this late date.

Nevertheless, in an abundance of caution and in light of Plaintiff's allegation that his copy of the complaint was stolen and he may have the legal right to use it for a motion or appeal, the Court will grant the Motion.[1]

\\\

\\\

---

[1] The Court is not making a determination regarding whether Plaintiff's case should be reopened, and does not see any basis to do so at this time.

1

Accordingly, based on the foregoing, IT IS ORDERED that the Motion is GRANTED. The Clerk of Court is directed to send Plaintiff a copy of his complaint (ECF No. 1).

IT IS SO ORDERED.

Dated: **August 30, 2017**  /s/ Erin P. Groj
UNITED STATES MAGISTRATE JUDGE