UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>    Plaintiff,<br><br>v.<br><br>GAMEZ, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00937-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S LETTER<br><br>(ECF NO. 32) |

    Thomas Goff ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 28, 2018, Plaintiff filed a letter to the Court. (ECF No. 32). Plaintiff asks how the mandate that was entered on March 1, 2018 (ECF No. 31), affects this case.

    The mandate relates to Plaintiff's appeal to the United States Court of Appeals for the Ninth Circuit, which was dismissed for lack of jurisdiction. (ECF Nos. 23 & 31). As to this § 1983 case, Plaintiff's First Amended Complaint is currently awaiting screening. In other words, Plaintiff's appeal has ended and Plaintiff's case in this court is going forward.

    Plaintiff does not have to take any action at this time. When the Court has screened Plaintiff's First Amended Complaint, it will issue an order with further instructions.

IT IS SO ORDERED.

Dated:   **April 2, 2018**          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE