# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOFF,<br><br>  Plaintiff,<br><br>v.<br><br>GAMEZ, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00937-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE<br><br>(ECF NO. 64) |

Thomas Goff ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 28, 2019, Plaintiff filed a motion for summary judgment (ECF No. 64), which the Court will deny without prejudice.

Plaintiff's motion does not comply with this Court's local rules. Under Local Rule 260(a), "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish

that fact. The moving party shall be responsible for the filing of all evidentiary documents cited in the moving papers." However, Plaintiff failed to file a "Statement of Undisputed Facts."

Moreover, based on the facts of this case, the Court finds that Plaintiff's motion is premature because discovery has not yet been opened.

Accordingly, IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED, without prejudice to Plaintiff re-filing the motion in compliance with this Court's local rules and after discovery has been opened.

IT IS SO ORDERED.

Dated: **April 15, 2019**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE