UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>   Plaintiff,<br><br>  v.<br><br>GAMEZ, et al.,<br><br>   Defendants. | Case No. 1:15-cv-00937-AWI-EPG (PC)<br><br>ORDER FOLLOWING CONFERENCE<br><br>(ECF NO. 50) |

  Thomas Goff ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 20, 2019, the Court held a hearing that was set for an Initial Scheduling Conference ("Scheduling Conference"). Plaintiff telephonically appeared on his own behalf. Counsel David Goodwin and Jon Allin telephonically appeared on behalf of defendant Gamez.

  Based on input from the parties, that Court continued the Scheduling Conference and ordered the parties to participate in a settlement conference. The Court also ordered exchange of certain documents to facilitate that settlement conference.

  For the reasons stated on the record at the conference, IT IS ORDERED that:

  1. Defendant Gamez's motion to compel (ECF No. 50) is granted in that Plaintiff is

required to provide initial disclosures to defendant Gamez.[1] Defendant Gamez's request for sanctions is denied.

2. The parties shall meet and confer to pick potential dates for a settlement conference. Once the parties have picked potential dates, defense counsel shall contact Alternate Dispute Resolution Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference. The settlement conference shall occur no later than September 20, 2019.

3. Except for the discovery ordered below, discovery remains closed. If the case does not settle at the settlement conference, the Court will reset the Scheduling Conference.

4. No later than July 31, 2019, defendant Gamez shall send Plaintiff a copy of Plaintiff's medical and mental health records from December 1, 2014, through September 30, 2018, that are held by the California Department of Corrections and Rehabilitation.

5. No later than July 31, 2019, defendant Gamez shall send Plaintiff a copy of the video recording of the statement Plaintiff made after the incident alleged in the complaint, as well as a copy of all documents containing statements made directly by Plaintiff regarding the incident.

6. No later than July 31, 2019, Plaintiff shall attempt to obtain, and to the extent successful, provide to defendant Gamez, a copy of the relevant medical and mental health records from providers other than the California Department of Corrections and Rehabilitation to the extent they reflect treatment related to the incident at issue in this case.

7. No later than July 31, 2019, Plaintiff shall send defendant Gamez a copy of all medical opinions that were provided in support of his Social Security disability claim, as well as all opinions and/or findings regarding the result of his Social

---

[1] It appears that Plaintiff has now served defendant Gamez with his initial disclosures.

Security disability claim.[2]

IT IS SO ORDERED.

Dated: **May 20, 2019**        /s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[2] The parties shall meet and confer regarding the delivery method for the above-described documents.