| | |
|---|---|
| THOMAS L. GOFF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAMEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00937-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE<br><br>(ECF NO. 81) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Thomas Goff ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 7, 2019, Plaintiff filed a request for a 60-day continuance of the settlement conference and related deadlines. (ECF No. 81). Plaintiff asks for the continuance due to recent medical issues.

On August 12, 2019, Defendants filed a statement of non-opposition. (ECF No. 82). However, due to defense counsel's busy schedule in October and November, defense counsel asks for the opportunity to participate in selecting new dates.

The Court will grant Plaintiff's request for a continuance, as well as defense counsel's request for the opportunity to participate in selecting new dates.

Accordingly, IT IS HEREBY ORDERED that the settlement conference set for August

29, 2019, as well as all related deadlines, are VACATED. Within seven days of the date of service of this order defense counsel shall contact Kirstie Dunbar-Kari (Judge Peterson's Courtroom Deputy) at kdunbar-kari@caed.uscourts.gov to set a settlement conference before Magistrate Judge Jeremy D. Peterson.[1] The settlement conference shall occur at least sixty days after August 29, 2019, but no later than December 20, 2019.

IT IS SO ORDERED.

Dated: __August 13, 2019__       /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent possible, defense counsel shall include Plaintiff on the email thread.