UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF, | Case No. 1:15-cv-00937-AWI-EPG (PC) |
| Plaintiff, | ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| GAMEZ, et al., | |
| Defendants. | |

Thomas Goff ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 21, 2019, Magistrate Judge Jeremy D. Peterson attempted to hold a telephonic pre-settlement conference hearing. (ECF No. 85). However, Plaintiff did not appear. (Id.).

Plaintiff was previously warned that, "[i]n light of what has already occurred in this case, any further disobedience of court orders or the Local Rules, or any further failures in the prosecution of this matter, may be grounds for sanctions, including the possible dismissal and closure of this case." (ECF No. 70, p. 3).

Given Plaintiff's failure to appear at the pre-settlement conference hearing, it is HEREBY ORDERED that Plaintiff shall show cause, by filing a written response to this order, why this

1

case should not be dismissed for failure to prosecute. Plaintiff shall mail his response so that it arrives at the court no later than November 6, 2019, at 5:00 p.m. If the Court does not receive Plaintiff's response by 5:00 p.m. on November 6, 2019, the Court will vacate the settlement conference that is currently set for November 8, 2019.

IT IS SO ORDERED.

Dated: **October 22, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE