UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF, | Case No. 1:15-cv-00937 AWI-EPG (PC) |
| Plaintiff, | ORDER TO VACATE SETTLEMENT CONFERENCE |
| v. | |
| GAMEZ, *et al.*, | |
| Defendants. | |

Thomas Goff ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff did not appear for a telephonic pre-settlement conference that I held on October 21. Following plaintiff's non-appearance, Judge Grosjean ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute. ECF No. 86. After this order—though not necessarily in response to it—plaintiff submitted to chambers (but did not file) certain medical records, without any accompanying explanation. Mr. Goff has neither responded effectively to Judge Grosjean's order nor confirmed that he will be able to attend the settlement conference scheduled for tomorrow. Accordingly, I am canceling the settlement conference previously slated for tomorrow, November 8, 2019.

1

IT IS SO ORDERED.

Dated: November 7, 2019

_____
UNITED STATES MAGISTRATE JUDGE