1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                    EASTERN DISTRICT OF CALIFORNIA

9

10

11   THOMAS L. GOFF,                              Case No. 1:15-cv-00937-AWI-EPG (PC)

12                               Plaintiff,        ORDER RE: PLAINTIFF'S FILING
                                                   RECEIVED ON DECEMBER 9, 2019
13              v.
                                                   (ECF NO. 91)
14   GAMEZ, et al.,
                                                   ORDER DIRECTING CLERK TO TREAT
15                               Defendants.       PLAINTIFF'S FILING AS A NOTICE OF
                                                   APPEAL AND TO SEND PLAINTIFF A
16                                                 COPY OF ECF NOS. 85, 86, 88, 89, & 90

17              Thomas Goff ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action was dismissed

19   for failure to prosecute on November 8, 2019.  (ECF Nos. 89 & 90).

20              On December 9, 2019, Plaintiff filed a motion with the Court, which included a request for

21   "a printout of the last two months of developments," and "any necessary appeal packets if my

22   case(s) have been closed."  (ECF No. 91).[1]  Plaintiff states that he has been in and out of the

23   hospital for a variety of life-threatening infections, as well as a double concussion.  He is

24   currently being held "for a probation sanction," and is unable to obtain the mail that was sent to

25   his P.O. box.

26

27   _____

          [1] Plaintiff makes these requests in two cases.  The Court is only addressing these requests as they pertain to
28   this case.

                                                        1

The Court finds good cause to grant Plaintiff's request for "a printout of the last two months of developments." As to Plaintiff's request for an appeal packet, the Court does not have appeal packets. However, given that Plaintiff is apparently attempting to appeal the dismissal of this case, the Court will construe the request as a notice of appeal.

Accordingly, IT IS ORDERED that:

1. The Clerk of Court is directed to treat Plaintiff's filing at ECF No. 91 as a notice of appeal; and

2. The Clerk of Court is directed to send Plaintiff a copy of ECF Nos. 85, 86, 88, 89, & 90.

IT IS SO ORDERED.

Dated: __**December 11, 2019**__                    /s/ _Enric P. Groig_
UNITED STATES MAGISTRATE JUDGE